**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**PUALA MOORE**                          :          **CASE NO.  2:25-CV-01756**


**VERSUS**                               :          **JUDGE JAMES D. CAIN, JR.**


**WLAMART INC ET AL**                    :          **MAGISTRATE JUDGE LEBLANC**

## <u>JUDGMENT</u>

Before the court is a Report and Recommendation [Doc. 18] of the Magistrate Judge, recommending that the Motion to Remand [doc. 10] filed by plaintiff be denied.

The Report and Recommendation of the Magistrate Judge having been considered, and determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that Plaintiff's Motion to Remand [doc. 10] is **DENIED.**

**THUS DONE AND SIGNED** in Chambers on this 25th day of June, 2026.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**